The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NOS. CR94-398TSZ |
|---|---|
| Plaintiff, | CR94-548TSZ |
| v. | CR94-550TSZ |
| JOHNNY MADISON WILLIAMS, | CR94-604TSZ |
| Defendant. | ORDER |

THIS COURT having considered the stipulation of the parties regarding a Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and for good cause appearing, IT IS HEREBY ORDERED THAT:

1. Pursuant to 18 U.S.C. § 3582(c)(1)(A), this Court may reduce a sentence previously imposed if the defendant has satisfied the exhaustion requirement of the statute and presents an extraordinary and compelling reason for a reduction in sentence. If those conditions are met, this Court must then assess whether a reduction in sentence is appropriate after consideration of the factors in 18 U.S.C § 3553(a) and any danger the defendant might present to the community if released.

2. The record in this case establishes that the defendant has satisfied the statutory exhaustion requirement because 30 days have passed since he presented his request to the warden of the institution where he was then housed. Further, because he suffers from various medical conditions that, along with his age, are recognized by the Centers for Disease Control and Prevention to place him at high risk of serious illness from

ORDER - 1
*United States v. Williams*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

coronavirus disease 2019 (COVID-19), he has presented extraordinary and compelling reasons permitting this Court to consider whether a reduction in his sentence is appropriate. Based on an assessment of the factors in 18 U.S.C § 3553(a) and any danger the defendant might present to the community if released, this Court concludes that such a reduction is appropriate in this case for the reasons set out in the stipulation of the parties.

THEREFORE, this Court ORDERS:

1. The defendant's term of imprisonment is reduced to time served.
2. To ensure that defendant does not transmit a known pathogen to the community, the defendant shall be placed in quarantine at USP Lompoc for a 14-day period prior to his release; if defendant tests positive for the coronavirus that causes COVID-19 at any time during the quarantine period, BOP shall notify the Government, which will immediately notify the Court so that this Order may be appropriately modified.
3. Upon his release, the defendant shall reside in and satisfactorily participate in a residential reentry center program, as a condition of supervised release or probation for up to 180 days or until discharged by the Program Manager or U.S. Probation Officer for residence in an Oxford House facility. The defendant may be responsible for a 25% gross income subsistence fee.

Dated this 4th day of January, 2021.

Thomas S. Zilly
United States District Judge

Prepared by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

*/s/ Vicki Lai*
VICKI LAI
Assistant Federal Public Defender
Counsel for Johnny Madison Williams

ORDER - 2
*United States v. Williams*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970